IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0264
 ((((((((((((((((

 In Re Allied Chemical Corporation Et Al., Relators

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to abate, filed on February 12, 2010, is granted,
and this case is ABATED to allow the parties to proceed with settlement
negotiations.
 2. This case is removed from the Court's active docket subject to
reinstatement upon proper motion. All motions and other documents pending
or filed are abated subject to being reurged in the event the petition is
reinstated.

 Done at the City of Austin, this 9th day of March, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk